IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| NIKUNJKUMAR BABULAL PATEL et al., | * |
| Plaintiffs, | * |
| v. | Case No. 7:23-cv-97 (WLS) |
| | * |
| ALEJANDRO MAYORKAS, et al., | * |
| Defendants. | * |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 11, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 11th day of December, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk